UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

DONNA HOGUE, *et al.*,

    Plaintiffs,

v.

Civil Action 2:10–cv–805
Judge Michael H. Watson
Magistrate Judge E.A. Preston Deavers

PFIZER, INC., *et al.*,

    Defendants.

## ORDER

This matter is before the Court for consideration of the August 11, 2011 Report and Recommendation of the Magistrate Judge. (ECF No. 57.) The Magistrate Judge recommended dismissal of the claims of Plaintiff James Hogue pursuant to Rule 25(a)(1).

The Report and Recommendation of the Magistrate Judge specifically advises the parties that the failure to object to the Report and Recommendation within fourteen days results in a "waiver of the right to *de novo* review by the District Judge and waiver of the right to appeal the judgment of the District Court." (Report & Recommendation 2, ECF No. 57.) The time period for filing objections to the Report and Recommendation has expired. No party has objected to the Report and Recommendation.

The Court reviewed the Report and Recommendation of United States Magistrate Judge Elizabeth A. Preston Deavers, to whom this case was referred pursuant to 28 U.S.C. § 636(b). Noting that no objections have been filed and that the time for filing such objections has expired, the Court **ADOPTS** the Report and

Recommendation of the Magistrate Judge. Accordingly, the claims of Plaintiff James Hogue are **DISMISSED** pursuant to Rule 25(a)(1). This case will continue as to the remaining parties. Fed. R. Civ. P. 25(a)(2).

**IT IS SO ORDERED.**

*/s/ Michael H. Watson*

**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**